UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICARDO FIGUEROA-PADILLA,

    Plaintiff,

v.                                                   Case No. 6:19-cv-2119-Orl-37GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this social security appeal, Plaintiff seeks review of the Commissioner of Social Security's ("**Commissioner**") decision to deny her disability benefits. (Doc. 1.) Plaintiff argues the Administrate Law Judge ("**ALJ**") erred by: failing to provide adequate reasons for giving the Veteran's Administrations' disability rating some weight; giving little weight to Plaintiff's treating physician's opinion; failing to give weight to a different treating physician's opinion; and stating there was no prescription for a cane in the record. (Doc. 31, pp. 24–29.) On referral, U.S. Magistrate Judge Gregory J. Kelly recommends affirming the Commissioner's decision, finding Plaintiff failed to show the ALJ's decision lacked substantial evidence in support or that any error would have affected the outcome. (Doc. 32 ("**R&R**").)

No party objected to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see*

*also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court adopts the R&R in its entirety.

It is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 32) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of Defendant Commissioner of Social Security and against Plaintiff Ricardo Figueroa-Padilla and to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 12, 2021.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record